**No. 58946.**—Leather Import Co. *v.* United States, protest 236798–K (Los Angeles).

Opinion by WILSON, J.  An examination of the papers disclosing nothing to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

**No. 58947.**—Paul K. Frankford, Inc. *v.* United States, protest 238433–K (New York).

Opinion by WILSON, J.  An examination of the papers disclosing nothing to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

**No. 58948.**—P. H. Petry Company *v.* United States, protest 239513–K (New York).

Opinion by WILSON, J.  An examination of the papers disclosing nothing to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

**No. 58949.**—Air Clearance Ass'n, Inc. *v.* United States, protest 243158–K (B) (New York).

Opinion by WILSON, J.  An examination of the papers disclosing nothing to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

**No. 58950.**—Marichal-Kenez *v.* United States, protest 243581–K (New York).

Opinion by WILSON, J.  An examination of the papers disclosing nothing to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

**No. 58951.**—Stern Glass Co., Inc. *v.* United States, protest 244207–K (New York).

Opinion by WILSON, J.  An examination of the papers disclosing nothing to overcome the presumption of correctness attaching to the decision of the collector, the protest was overruled.

**No. 58952.**—Bleyle Importing Company *v.* United States, protest 240285–K (New York).

Opinion by WILSON, J.  An examination of the papers disclosing that the protest does not set forth distinctly and specifically the reasons for the objection to the decision made by the collector, as required by section 514, and showing nothing to overcome the presumption of correctness of the action of the collector, the protest was overruled.